ORDER - Minute Entry, Transferring Cs to T/Dist Crt of Guam & of the following documents:

8/5/98   1   COMPLAINT filed Summons(es) Issued referred to Discovery   Ann I. Jones (bg) [Entry date 08/06/98] [2:98cv6334]

8/14/98   2   ORDER TO REASSIGN PURS TO GO 224 by Judge Mariana R.  Pfaelzer Case reassigned to Judge Richard A. Paez for all  further proceedings. Case will now read CV98-6334
RAP   (AIJx) (cc all counsel) (jc) [Entry date 08/14/98]   [2:9 8cv6334]

8/21/98   3   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV97-7023 HLH (RCx)] Case  transferred from Judge Richard A. Paez to Judge Harry L.  Hupp for all further proceedings. The case number will now  reflect the initials of the transferee Judge [ CV98-6334 HLH (RCx)] ., Case referred from Discovery Ann I. Jones  to Discovery Rosalyn M. Chapman . (cc: all counsel) (jc)  [Entry date 08/24/98] [2:98cv6334]

9/1/98   4   SUPPLEMENTAL ORDER OF CONSOLIDATION by Judge Harry L. Hupp mandatory status conference set on 1:30 10/9/98 (Re  MDL 1237, cv 98-6239; 98-6240; 98-6292; 98-6298; 98-6301;  98-6310; 98-6310; 98-6315; 98-6316; 98-6327; 98-6335;  98-6338; 98-6340; 98-6342; 98-6346; 98-6358; 98-6387; 98-6388; 98-6389; 98-6463; 98-6464; 98-6465; 98-6466) (shb)  [Entry date 09/23/98] [2:98cv6334]

10/2/98   5   WAIVER OF SERVICE of SUMMONS by defendant Serco Management Svc sent by plf on 8/24/98 accepted by R M Kern on 8/26/98,  atty for Serco Mgn Svc Inc. (1k) [Entry date 10/05/98]  [2: 98cv6334]

10/23/98   6   ANSWER filed by defendant Serco Management Svc, defendant Serco Group Inc, defendant Serco mc, defendant Serco Group  Plc, defendant Barton Atc Int'l Inc, defendant
Barton ATC   Inc to complaint [1-1]; jury demand (rm)   [Entry date 10/30/98] [2:98cv6334]

11/2/98   7   ANSWER filed by defendant USA to complaint [1-1] (related to mdl 1237) (lori) [Entry date 11/05/98] [2:98cv6334]

3/22/99   8   STIPULATION filed by USA for leave for USA to file 3rd pty cmp (Relates to MDL 1237, cv 98-6466; 98-6336; 98-6344;  98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339;  98-6465; 98-6341; 98-6463) (shb) [Entry date 03/24/99]  [2: 98cv6334]

3/26/99   9   ORDER  by Judge Harry L. Hupp for for leave to file 3rd pty cmp.  It is ord that the USA is granted leave to file 3rd  pty cmp in Case #'s cv 98-6466, 98-6334, 98-6337, 98-6343;   98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341;   98-6463 & MDL 1237) (shb) [Entry date 04/08/99]
 [2: 98cv6334]

3/30/99   10   THIRD-PARTY COMPLAINT: by defendant USA; adding Korean   Air Lines Co; Summons not issued (Relates to MDL 1237, cv  98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345;  98-6338; 98-6339; 98-6465; 98-6341; 98-6463) (shb)   [Entry date 04/08/99] [2:98cv6334]

4/22/99   11   NOTICE OF CHANGE Of Address filed Korean Air Lines (re  MDL 1237) (shb) [Entry date 04/23/99] [2:98cv6334]

6/10/99   12   ANSWER TO THIRD PARTY COMPLAINT [10-1] by third-party defendant Korean Air Lines Co (Relates to MDL 1237, cv  98-6466; 98-6336;

98-6344; 98-6337; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 06/15/99] [2:98cv6334]

6/10/99 12 COUNTERCLAIM by third-party defendant Korean Air Lines Co against third-party plaintiff USAcntdft Serco Management; (Relates to MDL 1237, cv 98-6466; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345; 98-6339; 98-6342; 98-6339; 98-6465;; 98-6341; 98-6463) (shb) [Entry date 06/15/99] [2: 8cv6334]

7/8/99 13 ANSWER TO cross claim incorrectly labeled COUNTERCLAIM of Korean Air Lines [12-1] by counter-defendant Serco Management (Relates to MDL 1237, cv 98-6466, 98-6336; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6465; 98-6339; 98-6341; 98-6463) (shb) [Entry date 07/08/99] [2:98cv6334]

7/8/99 13 COUNTERCLAIM by counter-defendant Serco Management against counter-claimant Korean Air Lines Co ; summons not issued (Relates to MDL 1237, cv 98-6466; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 07/09/99] [2: 98cv6334]

7/15/99 14 ANSWER TO COUNTERCLAIM [13-1] by counter-defendant Korean Air Lines Co (Relates to MDl 1237, cv 98-6334; 98-6336,, 98-6344; 98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 07/19/99] [2:98cv6334]

8/4/99 15 STIPULATION and ORDER by Judge Harry L. Hupp for leave to file amended complaints. (Relates to MDL 1237) (shb) [Entry date 08/10/99] [2:98cv6334]

8/4/99 16 FIRST AMENDED COMPLAINT [1-1] by plaintiff Sung Boon Hong, plaintiff Jun Hwan Choi; adding Korean Air Lines Co; jury demand. 20 day Summons issued (Relates to MDL 1237) (shb) [Entry date 08/10/99] [2:98cv6334]

8/18/99 17 ANSWER TO COUNTERCLAIM [12-1] by counter-defendant USA (relates to DL 1237) (shb) [Entry date 08/18/99] [2: 98cv6334]

10/1/99 18 ANSWER filed by defendant USA to 1st amended complaint [16-1] (relates to MDL 1237) (pbap) [Entry date 10/07/99] [2: 98cv6334]

10/1/99 19 STIPULATION and ORDER by Judge Harry L. Hupp tht the ti of dft USA to ans Plf's 1st A/C be ext to and includ 10/1/99 for the following cmps: CV 98-6466 (AHN), CV 98-6334 (CHOI) , CV 98-6336 (HAN) , CV 98-6344 (HONG) , CV 98-6337 (HUR) , CV 98-6343 (JUNG) , CV 98-6345 (KANG) , CV 98-6338 (LEE,JONG), CV 98-6342 (LEE, GOUN), CV-98-6339 (LEE,HAN), CV 98-6465 (PARK) , CV 98-6341 (SEO) , and CV 98-6463 (YOON) (pbap) [Entry date 10/20/99] [2:98cv6334]

1/21/00 20 ANSWER filed by defendant Korean Air Lines Co to 1st amended complaint [16-1] (pbap) [Entry date 02/01/00] [2: 98cv6334]

5/31/00 22 NOTICE OF MOTION AND MOTION by defendant USA to dismiss the cases improperly fld in the USDC, in the alt, to transfer cases improperly fld in the USDC to the USDC for the Dist of Guam; motion hearing set for 9:30 7/21/00 (yl) [Entry date 06/21/00] [2:98cv6334]

6/7/00 21 OPPOSITION by plaintiff Sung Boon Hong, plaintiff Jun Hwan Choi to USA's mot to dism or in the alt to transfer case to District of guam (shb) [Entry date 06/09/00] [2:98cv6334]

6/14/00    23    REPLY by defendant USA in suppt of it's to motion to   dismiss
the cases improperly fld in the USDC [22-1], motion  to transfer cases
improperly fld in the USDC to the USDC   for the Dist Guam [22-2] (Relates to
MDL No. 1237) (yl)    [Entry date 06/21/00] [2:98cv6334]

 7/3/00    24    ERRATA sheet to Dft USA's reply memo in supprt of motion to
dismiss the cases improperly fld in the USDC [22-1], motion  to transfer
cases improperly fld in the USDC to the USDC   for the Dist of Guam [22-2]
(pbap) [Entry date 07/05/00] [2:98cv6334]

 7/31/00    25    DECLARATION of Brian J. Alexander by plaintiff Steering
Committee (pbap) [Entry date 08/01/00] [2:98cv6334]

 7/31/00    26    SURREPLY in Opp by plaintiff Steering Committee to motion  to
dismiss the cases improperly fld in the USDC [22-1],  motion to transfer
cases improperly fld in the USDC to the   USDC for the Dist of Guam [22-2]
(pbap)  [Entry date 08/01/00] [2:98cv6334]

 8/2/00 31    INTERVENOR'S COMPLAINT by intervenor Korean Labor    Welfare,
intervenor Korean Labor Welfare ; (Relates to MDL 1237)    (shb) [Entry date
09/12/00] [2:98cv6334]

 8/7/00    27    NOTICE of LIEN by intervenor plaintiff Korean Labor    Welfare
  (pbap) [Entry date 08/09/00] [2:98cv6334]

 8/7/00    28    RESPONSE by defendant USA to plfs's Surreply in Opp to  motion
to dismiss the cases improperly fld in the USDC  [22-1], to motion to
transfer cases improperly fld in the  USDC to the USDC for the Dist of Guam
[22-2]. (re: MDL   1237) (pbap) [Entry date 08/10/00] [2:98cv6334]

 8/10/00    29    NOTICE OF MOTION AND MOTION by plaintiff Steering
Committee re choice of law on the issue of damages agnst dfts US,  Serco &
KAL ; motion hearing set for 10:00 8/28/00 Lodged   ord (re: MDL 1237) (pbap)
[Entry date 08/11/00]    [2: 98cv6334]

 8/10/00    30    MEMORANDUM IN SUPPORT by plaintiff Steering Committee of
motion re choice of law on the issue of damages agnst dfts  US, Serco & KAL
[29-1] (pbap) [Entry date 08/11/00]
[2: 98cv6334]

 9/1/00    32    First AMENDED COMPLAINT [31-1] by intervenor Korean Labor
Welfare in 2:98-cv-06334 . (Relates to MDL 1237) (shb)   [Entry date
09/12/00] [2:98cv6334]

 9/21/00    33    ANSWER filed by defendant Serco Management Svc to amended
complaint [32-1]; jury demand (re: MDL 1237) (pbap)  [Entry date 09/25/00]
[2:98cv6334]

 9/26/00    34    ANSWER filed by defendant USA to 1st amended complaint
[32-1] . (re: MDL 1237) (pbap) [Entry date 10/03/00]    [2: 98cv6334]

 3/7/01    35    MEMO OF CONTENTIONS OF FACT and LAW by defendant Korean Air
Lines Co (MDL No. 1237) (dw) [Entry date 03/08/01]    [2: 98cv6334]

 3/7/01    36    WITNESS list submitted by defendant Korean Air Lines Co   (MDL
No. 1237) (dw) [Entry date 03/08/01] [2:98cv6334]

 3/7/01    37    STIPULATION filed tht plfs shl hv an ext until 3/12/01 to  fi
their jnt exh lst, wit lst, and memo of cententions of   fact and law (pbap)
[Entry date 03/09/01] [2:98cv6334]

 3/7/01    38    STIPULATION filed tht plfs shl hv an ext until 3/12/01 to  fi

their jnt exh 1st, wit 1st, and memo of contentions of   facts and law (pbap) [Entry date 03/09/01] [2:98cv6334]

 3/7/01    --    LODGED/PROPOSED ORDER submitted . (FWD TO CRD) (pbap)  [Entry date 03/09/01] [2:98cv6334]

 3/9/01    --    LODGED/PROPOSED ORDER submitted . (FWD TO CRD) (pbap)  [Entry date 03/09/01] [2:98cv6334]

 3/9/01   39   ORDER by Judge Harry L. Hupp tht plfs shl hv an ext until 3/12/01 to fi their jnt exh 1st, wit 1st, and memo of  contentions of fact and law. This ext shl in no way affect  other
pretrial subm dates. (pbap) [Entry date 03/13/01]  [2: 98cv6334]

 3/12/01   40   Jnt exh 1st of parties. (re: MDL 1237) (pbap)   [Entry date 03/13/01] [2:98cv6334]

 3/12/01   41   MEMO OF CONTENTIONS OF FACT and LAW by plaintiffs (re:  MDL 1237) (pbap) [Entry date 03/15/01] [2:98cv6334]

 3/12/01   42   WITNESS list submitted by plaintiffs (re: MDL 1237)    (pbap) [Entry date 03/15/01] [2:98cv6334]

 3/19/01   43   OPPOSITION by plaintiffs to Korean Air Lines Co., Ltd's response (raised in connection with the United States's mtn  to str plfs' expert wits. (pbap) [Entry date 03/20/01]   [2: 98cv6334]

 3/22/01   44   NOTICE OF MOTION AND MOTION by defendant Korean Air Lines  Co in limine to exclude all liability evid or evid  relating to conduct of dfts at dm trials (dw)    [Entry date 03/26/01] [2:98cv6334]

 3/28/01   45   MINUTES: by Judge Harry L. Hupp;; pretrial conference on 1:30 4/9/01 the revised PTC order shall contain the  fol (see mins) CR: Cynthia L Mizell (yc)  [Entry date 04/03/01] [2:98cv6334]

 4/4/01   46   STIPULATION and ORDER by Judge Harry L. Hupp that plfs &  dft Korean Air Lines Co Ltd shall have until 4/11/01 to file  joint P/T Ord & amd exh list; the pretrial conference is  cont to 1:30 4/18/01 (dw) [Entry date 04/11/01]  [Edit date 04/11/01]
[2:98cv6334]

 4/4/01   47   MINUTES: ORDER RE PRE-TRIAL CONFERENCE ORDERS. Liability issues are already preserved by having been raised and  rejected previously. In the alternative, Plaintiff's  counsel may reserve this issue by reiterating in the nre  pre-trial conference orders their objection to the Court's  ruling precluding liability issues. by Judge Harry L.  Hupp CR: Cynthia Mizell (Relates to MDL 1237, cv-98-6344,  98-6337, 98-6343, 98-6345, 98-6338, 98-6341) (shb)  [Entry date 04/12/01] [2:98cv6334]

 4/5/01   48   MINUTES:   98-6334;   98-4500;  98-6345,  98-6344;  98-6343; 98-6342;   98-6341;   98-6337;   98-6388;   98-6316; 98-6806;   98-5450; 98-6369;   98-2243;   98-6389;  99-13513; 99-7226;   99-13527; 99-13508; 98-6387 are advised of the ; pretrial  conference on 1:30 4/18/01. If you hv any questions concerning this minute ord, please contact the crt clerk at (213) 894-5216 by Judge Harry L. Hupp CR: not present (pbap)    [Entry date 04/12/01]
[2:98cv6334]

 4/11/01   --   LODGED PTC ord (re: Sun Hee Choi)   (FWD TO CRD) (pbap) [Entry date 04/17/01] [2:98cv6334]

```
 4/11/01    49    JNT EXHIBIT list. (re: Sun Hee Choi) (pbap)  [Entry date
04/18/01] [2:98cv6334]

 4/11/01    50    FIRST AMD WITNESS list submitted by plaintiff (re: Sun Hee
Choi) (pbap) [Entry date 04/18/01] [2:98cv6334]

 4/12/01    51    FIRST AMD WITNESS list submitted by defendant Korean Air
Lines Co (re:Choi, Hwan Jun) (pbap) [Entry date 04/19/01]   [2: 98cv6334]

 4/18/01    52    MINUTES: ; pretrial conference held and contd to 10:00
5/30/01 by Judge Harry L. Hupp CR: Carmen Reyes (pbap)  [Entry date 04/24/01]
[2:98cv6334]

 4/18/01    53    MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry    L.
  Hupp CR: Cynthia L. Mizell. **see MO for detailed info**   (pbap) [Entry
date 04/24/01] [2:98cv6334]

 4/20/01    54    EXHIBIT list by intervenor Korean Labor Welfare (pbap)
[Entry date 04/24/01] [2:98cv6334]

 4/20/01    55    WITNESS list submitted by intervenor Korean Labor    Welfare
 (pbap) [Entry date 04/25/01] [2:98cv6334]

 4/27/01    56    NOTICE OF MOTION AND MOTION by intervenor Korean Labor
Welfare for protective order re plfs' depo ntc of Rim Hwa  Young ; motion
hearing set for 9:00 5/23/01 (pbap)    [Entry date 05/03/01] [2:98cv6334]

 4/27/01    57    DECLARATION of Robert L Wallan by intervenor Korean Labor
Welfare in suppt of motion for protective order re plfs'  depo ntc of Rim Hwa
Young [56-1] (dhl) [Entry date
05/03/01]  [2: 98cv6334]

 4/27/01    58    PROOF OF SERVICE by intervenor Korean Labor Welfare on
4/27/01 of ntc of mot & mot for protective ord, decl in  suppt; svd by fax on
Frank G Fleming & Brian J Alexander, &  svd by mail on attached svc list.
(dhl)  [Entry date 05/03/01] [Edit date 05/03/01][2:98cv6334]

 5/2/01 59   NOTICE OF MOTION AND MOTION by defendant USA to dismiss   KWLC's
claims for lack of subject matter jurisdiction   motion hearing set for 10:00
5/30/01 (dhl)    [Entry date 05/03/01] [2:98cv6334]

 5/2/01    60    NOTICE OF MOTION AND MOTION by intervenor Korean Labor
Welfare re: subrogation ; motion hearing set for 10:00   5/30/01 (dhl) [Entry
date 05/04/01] [2:98cv6334]

 5/2/01    61    DECLARATION of Rebecca N Kaufman by intervenor Korean  Labor
Welfare in suppt of motion re: subrogation [60-1] (dhl)  [Entry date
05/04/01] [2:98cv6334]

 5/2/01    62    DECLARATION of Jin Su Yune by intervenor Korean Labor   Welfare
in suppt of motion re: subrogation [60-1] (dhl)  [Entry date 05/04/01]
[2:98cv6334]

 5/2/01    63    PROOF OF SERVICE by intervenor Korean Labor Welfare on  5/2/01
of mot re: subrogation, decl of Hwa Young Lim, decl  of Jin Su Yune, decl of
Rebecca N Kaufman & proof
of svc;  svd on attached svc list by mail. (dhl)  [Entry date 05/04/01]
[2:98cv6334]

 5/2/01    64    BRIEF FILED by defendant Korean Air Lines Co re KLWC claims
(dhl) [Entry date 05/04/01] [2:98cv6334]
```

5/2/01    65    DECLARATION of Jennifer J Johnston by defendant Korean Air
Lines Co in suppt of brief [64-1] (dhl)  [Entry date 05/04/01] [2:98cv6334]

 5/2/01    66    DECLARATION of Eun Young Jung by defendant Korean Air  Lines
Co in suppt of brief [64-1] (dhl)  [Entry date 05/04/01] [2:98cv6334]

 5/2/01    67    DECLARATION of Hwa Young Lim by intervenor Korean Labor
Welfare in suppt of motion re: subrogation [60-1] (dhl)  [Entry date
05/04/01] [2:98cv6334]

 5/2/01    68    NOTICE OF MOTION AND MOTION by plaintiffs for summary
judgment ; motion hearing set for 10:00 5/30/01 (dhl)    [Entry date 05/04/01]
[2:98cv6334]

 5/2/01    69    MEMORANDUM IN SUPPORT by plaintiffs of motion for summary
judgment [68-1] (dhl) [Entry date 05/04/01] [2:98cv6334]

 5/2/01    70    DECLARATION of Francis G Fleming by plaintiffs in suppt of
motion for summary judgment [68-1] (dhl)  [Entry date 05/04/01]
[2:98cv6334]

 5/3/01    71    MINUTES:    vacating hearing re motion for protective order
re plfs'  depo ntc of Rim Hwa Young [56-1] for failure to  file jnt stip as
req by LR by Magistrate Judge Rosalyn M.
Chapman    CR: n/a (dmjr) [Entry date 05/07/01]  [2: 98cv6334]

 5/4/01 72    NOTICE OF DISCREPANCY AND ORDER by Judge Harry L. Hupp   plf's
(1) ntc of mot & mot for Sum jgm; (2) memo of P&A;   (3) decl of Fleming; (4)
stint of uncontrov facts rcvd on   5/2/01 are to be filed and processed.
(pbap)    [Entry date 05/10/01] [2:98cv6334]

 5/16/01    73    OPPOSITION by defendant Korean Air Lines Co to motion    re:
 subrogation [60-1] (dhl) [Entry date 05/17/01] 5/16/01    74    DECLARATION of
Jennifer J Johnston by defendant Korean   Air  Lines Co in suppt of opp to
 motion re: subrogation [60-1]    (dhl) [Entry date 05/17/01] [2:98cv6334]

 5/16/01    75    OPPOSITION by plaintiffs to motion re: subrogation    [60-1]
 (dhl) [Entry date 05/17/01] [2:98cv6334]

 5/16/01    76    OPPOSITION by intervenor Korean Labor Welfare to motion    to
 dismiss KWLC's claims for lack of subject matter   jurisdiction [59-1] (dhl)
[Entry date 05/17/01]   [2:98cv6334]

 5/16/01    77    DECLARATION of Jin Su Yune by intervenor Korean Labor
Welfare in suppt of KLWC's opp to plfs' & dfts' briefs re:   subrogation
[60-1] (dhl) [Entry date 05/17/01]    [2:98cv6334]

 5/16/01    78    Suppl DECLARATION of Hwa Young Lim by intervenor Korean
Labor Welfare in suppt of KLWC's opp to dfts' & plfs'  briefs re:
subrogation [60-1] (dhl) [Entry date 05/17/01]   [2: 98cv6334]

 5/16/01    79    RESPONSE by intervenor Korean Labor Welfare to KAL's brief
re: KLWC's subrogation claims [60-1] (dhl)    [Entry date 05/17/01]
[2:98cv6334]

 5/16/01    80    OBJECTIONS filed by intervenor Korean Labor Welfare to decl
of Eun Young Jun fld in suppt of KAL's brief re: KLWC's   subrogation claims
[60-1] (dhl) [Entry date 05/17/01]   [2: 98cv6334]

 5/16/01    81    OPPOSITION by intervenor Korean Labor Welfare to motion   for
 summary judgment [68-1] (dhl) [Entry date 05/17/01]   [2: 98cv6334]

5/16/01    82    STATEMENT of genuine issues by intervenor Korean Labor
Welfare in suppt of its opp to motion for summary judgment    [68-1] (dhl)
[Entry date 05/17/01] [2:98cv6334]

 5/16/01    83    PROOF OF SERVICE by intervenor Korean Labor Welfare on
5/16/01 of Opp to mot to dism re: subrogation, Resp to  KAL's brief re:
subrogation claims, Opp to plfs' mot for
summary judgment, and related documents svd on attached svc    list by fax.
(dhl) [Entry date 05/17/01] [2:98cv6334]

 5/16/01    84    MENORANDUM IN OPPOSITION by defendant USA to KLWC's    motion
 re: subrogation [60-1]; Declarationof Mark A Tomichich and   attachment
(Relates to cv 98-6316; 98-6337; 98-6338; 98-6341    98-6342; 98-6343;
98-6344; 98-6345; 98-6388; MDL 1237) (shb)   [Entry date 05/21/01] [Edit date
06/11/01] [2:98cv6334]

 5/23/01    85    PROOF OF SERVICE by intervenor Korean Labor Welfare on
5/23/01 of reply briefs to oppositions to KLWC's motions   re: subrogation;
svd on attached svc list by overnight
courier (dhl) [Entry date 05/25/01] [2:98cv6334]

 5/23/01    86    DECLARATION of Rebecca N Kaufman by intervenor Korean Labor
Welfare in suppt of KLWC's reply brief re motion re:    subrogation [60-1]
(dhl) [Entry date 05/25/01]   [Edit date 05/25/01] [2:98cv6334]

 5/23/01    87    REPLY brief by defendant USA in suppt of its motion to
dismiss KWLC's claims for lack of subject matter   jurisdiction [59-1] (dhl)
[Entry date 05/25/01]   [2: 98cv6334]

 5/23/01    89    OBJECTIONS filed by plaintiff-in- intervenor Korean    Labor
Welfare to declaration of Jungil Lee, Esq [88-1] (et)    [Entry date 05/31/01]
[2:98cv6334]

 5/23/01    90    OBJECTIONS filed by intervenor Korean Labor Welfare to
declaration of Jungil Lee, Esq [88-1] [Relates to MDL 1237]    (et) [Entry
date 05/31/01] [2:98cv6334]

 5/23/01    91    REPLY by intervenor Korean Labor Welfare to KAL's opp to
KLWC's motion re: subrogation [60-1] [Relates to MDL 1237]    (et) [Entry date
05/31/01] [2:98cv6334]

 5/23/01    92    REPLY BRIEF by intervenor Korean Labor Welfare    Corporation
 to opp to KLWC's motion re: subrogation [60-1]. (gk)    [Entry date 05/31/01]
[2:98cv6334]

 5/23/01    93    REPLY by intervenor Korean Labor Welfare to opposition to
KLWC's motion re: subrogation [60-1] [Relates to MDL# 1237]    (et) [Entry
date 06/01/01] [2:98cv6334]

 5/23/01    94    REPLY by dft Korean Air Lines Co., Ltd. to resp of KLWC  re
KLWC's claims. (gk) [Entry date 06/01/01] [2:98cv6334]

 5/23/01    95    MINUTES before Judge Harry L. Hupp: The Crt is informed all
motions to dismiss KWLC's claims for lack of subject matter   jurisdiction
[59-1], motion for summary
judgment [68-1], &  motion re: subrogation [60-1] set for 05/30/01 is taken
OFF  CALENDAR & pretrial conference is taken OFF CAL. CR: N/P  [Relates to
MDL #1237] (et) [Entry date 06/05/01]   [Edit date 06/05/01] [2:98cv6334]

 5/25/01    88    NOTICE OF FILING OF DECLARATION of Jungil Lee, Esq. by
plaintiff(s) re opp app to KLWC's motion re: subrogation    [60-1] (et) [Entry
date 05/31/01] [2:98cv6334]

```
 6/6/0 1   97   PRE-TRIAL CONFERENCE ORDER approved by Judge Harry L.  Hupp
(re: CV 98-6334-HLH(RCx), Sun Hee Choi, re: MDL 1237 (pbap)  [Entry date
06/12/01] [Edit date 06/14/01] [2:98cv6334]

 6/6/01    96   MINUTES: the following cases are transferred to the
District  of Guam upon the filing of the pretrial conference order and  the
filing of this minute order: CV 98-6334, CV 98-6337, CV   98-6338, CV
98-6341, CV 98-6342, CV 98-6343, CV 98-6344, CV 98-6345. Case transferred to
Dist of: Guam. Upon   completion of transfer, cnsl may expect a notice from
Judge   Unpingco in Guam and the judge assigned in this district (as    to the
retained crew case) setting up a status conference to   set trial dates and
other matters. Any fur procedural    matters as to the Guam cases and the
damage aspects of the retined crew case (mots, stipulations, application,
etc.)   should be set before th eudge to whom the case is or will be
assigned and not to this crt by Judge Harry L. Hupp CR:    Cynthia L. Mizell.
(ENT 6/12/01) MD JS 6 mld cpys & ntc    (pbap) [Entry date 06/12/01] [Edit
date 06/12/01]    [2: 98cv6334]

 6/14/01   --   TRANSMITTAL of documents orig file, cc docket and ord to  the
District of GUAM. (pbap) [Entry date 06/14/01]  [2: 98cv6334];   [RSN EOD
06/28/2001]
```